IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIEN MINH VO,** | 2:16-cv-0529-KJM-CKD (HC) |
| Petitioner, | **ORDER** |
| **v.** | |
| **E. ARNOLD,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition to motion to dismiss be filed on or before July 15, 2016.

Dated:  June 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1